STATE v. PARKER

No. 518P00

Case below: 140 N.C. App. 169

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 1 February 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001.

STATE v. ROBERTS

No. 200A01

Case below: 142 N.C. App. 424

Motion by the Attorney General for temporary stay allowed 6 April 2001.

STATE v. ROGERS

No. 52P01

Case below: 141 N.C. App. 151

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.

STATE v. SALMON

No. 570P00

Case below: 140 N.C. App. 567

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 1 March 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.

STATE v. SCURLOCK

No. 166P01

Case below: 142 N.C. App. 214

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 April 2001.